United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C.,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No.  25-cv-05165-SI

**JUDGMENT**

The Court has granted plaintiff's motion for summary judgment, denied defendant's cross motion for summary judgment, and remanded this case to the Social Security Administration for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 12, 2026

_____
SUSAN ILLSTON
United States District Judge